UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Brian C. Padgett<br>Attorney at Law, Bar No. 7474 | Case No. 2:21-ms-00043<br><br>ORDER OF SUSPENSION |

On June 3, 2021, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. However, the Order to Show Cause was returned from the United States Postal Service marked "Returned to sender, Unclaimed, Unable to forward[.]" Regardless, the OSC provided Mr. Padgett with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (ECF No. 1.) No response has been received from Mr. Padgett. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Brian C. Padgett, Bar No. 7474, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 10th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1

<u>CERTIFICATE OF SERVICE</u>

2   Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of

3   the United States District Court, and that on this 10th day of August 2021, I caused to be

4   served a true and correct copy of the foregoing Order to Show Cause to the following

5   parties via Certified Mail, Return Receipt Requested via the United States Postal Service,

6   in a sealed envelope, postage prepaid, to the following address:

7                    Brian C. Padgett
                     1672 Liege Dr.
8                    Henderson, NV 89012

9

10

11        Certified Mail No.: 7018 3090 0001 1133 3891

12

13                        <u>/s/ Lorena Q.</u>
                          Deputy Clerk
14                        United States District Court,
                          District of Nevada

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2