UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Brian C. Padgett<br>Attorney at Law, Bar No. 7474 | Case No. 2:21-ms-00043<br><br>ORDER OF DISBARMENT |

    Attorney Brian C. Padgett, Bar No. 7474, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed May 19, 2022. On June 2, 2022, this Court issued and entered an Order to Show Cause (ECF No. 7 ("OSC")) mailed via certified mail. However, the OSC was returned from the United States Postal Service with an unknown delivery status. The original mailing was not attached to the Certified Mail Return. Regardless, the OSC provided Mr. Padgett with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Padgett. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

    It is therefore ordered that Brian C. Padgett, Bar No. 7474, is hereby disbarred from practice in United States District Court for the District of Nevada.

DATED THIS 15th Day of July 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 18th day of July 2022, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Brian C. Padgett
> 1672 Liege Dr.
> Henderson, NV 89012

Certified Mail No.: 7020 3160 0000 7420 0080

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada